UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN R. DEMOS, JR.,

               Petitioner,

   v.

LISA ANDERSON,

               Respondent.

Case No. C24-1596-JNW-MLP

REPORT AND RECOMMENDATION

Petitioner John Demos, Jr. is a Washington prisoner who is well-known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing a proposed petition for writ of habeas corpus under 28 U.S.C. §§ 2241, 2254, and a proposed motion to proceed *in forma pauperis* ("IFP"). (Dkt. ## 1, 1-1.) Petitioner alleges in his proposed petition that Respondent improperly prosecuted and convicted him. (Dkt. # 1-1 at 9-27.) As a result, Petitioner alleges he has been incarcerated on an unauthorized judgement and sentence. (*Id.* at 20.)

An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13,

REPORT AND RECOMMENDATION - 1

1997). As noted above, Petitioner submitted with his petition for writ of habeas corpus an application to proceed IFP rather than the requisite filing fee. Because Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed Order is attached.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on October 22, 2024.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Judge Jamal N. Whitehead.

Dated this <u>8th</u> day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2