1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                Petitioner,

     v.

LISA ANDERSON,

                Respondent.

CASE NO. 2:24-cv-01596-JNW

ORDER ADOPTING THE REPORT
AND RECOMMENDATION

       The Report and Recommendation (R&R) of the Honorable Michelle L. Peterson, Dkt. No. 2, and Petitioner's objections, Dkt. No. 3, are before the Court. Having reviewed de novo the R&R, the objections, and the remainder of the record, the Court finds and ORDERS:

     (1)    Demos's objections fail to articulate any reason why the R&R is wrong. Accordingly, the Court OVERRULES his objections, Dkt. No. 3.

     (2)    The Clerk of the Court is DIRECTED to ADMINISTRATIVELY CLOSE this case. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

(3)    The Clerk of the Court is further DIRECTED to provide copies of this

Order and the accompanying Judgment to Demos and the Honorable

Michelle L. Peterson.


Dated this 16th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING THE REPORT AND RECOMMENDATION - 2